(117 So. 617)

**N. HARRIS v. STATE.   (8 Div. 626.)**

Court of Appeals of Alabama.   June 12, 1928.

Rehearing Denied June 30, 1928.

J. A. Lusk, of Guntersville, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

BRICKEN, P. J.   Affirmed, on authority of Burns v. State, ante, p. 501, 117 So. 616.